# United States Court of Appeals
## For the First Circuit

No. 01-1619

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM SOTO-BENÍQUEZ,

Defendant, Appellant.

No. 01-1674

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN SOTO-RAMÍREZ,

Defendant, Appellant.

No. 00-1547

UNITED STATES OF AMERICA,

Appellee,

v.

EDUARDO ALICEA-TORRES,

Defendant, Appellant.

No. 01-1620

UNITED STATES OF AMERICA,

Appellee,

v.

RAMON FERNÁNDEZ-MALAVÉ,

Defendant, Appellant.

———————————————

No. 00-1464

UNITED STATES OF AMERICA,

Appellee,

v.

CARMELO VEGA-PACHECO,

Defendant, Appellant.

———————————————

No. 00-1488

UNITED STATES OF AMERICA,

Appellee,

v.

ARMANDO GARCÍA-GARCÍA,

Defendant, Appellant.

———————————————

No. 00-1470

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE LUIS DE LEÓN MAYSONET,

Defendant, Appellant.

No. 00-1362

UNITED STATES OF AMERICA,

Appellee,

v.

RENE GONZALEZ-AYALA,

Defendant, Appellant.

No. 00-1543

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN ENRIQUE CINTRÓN-CARABALLO,

Defendant, Appellant.

No. 00-1361

UNITED STATES OF AMERICA,

Appellee,

v.

MIGUEL VEGA-COLÓN,

Defendant, Appellant.

No. 00-1456

UNITED STATES OF AMERICA,

Appellee,

                              v.

                    MIGUEL VEGA-COSME,

                   Defendant, Appellant.

                  ─────────────────────

                      ERRATA SHEET

     The opinion of this Court issued on November 20, 2003 is
amended as follows:

     On the cover sheet, the "o" in Luz M. Rios-Rosario should be
underlined, and there should be no comma after Victor Miranda-
Corrada's name.

     On page 13, line 6, "Soto-Ramírez" should be replaced with
"Soto-Ramírez's"

     On page 24, line 1, "and" should be inserted before
"returned to selling"

     On page 24, line 7, "de Leon-Maysonet" should be replaced
with "de León Maysonet"

     On page 59, line 15, "nickel plated" should be replaced with
"nickel-plated"